UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO HICKMAN SWEENEY,<br><br>                      Plaintiff,<br><br>v.<br><br>SABERHAGEN HOLDINGS, INC., as successor to TACOMA ASBESTOS COMPANY and THE BROWER COMPANY, et al.,<br><br>                      Defendants. | No. C05-1637Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's Motion to Stay Entry of Transfer Order Due to Clerical Error, docket no. 39. Any relief from a conditional order of transfer should be obtained from the Judicial Panel on Multidistrict Litigation

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 9th day of January, 2006.

BRUCE RIFKIN, Clerk

By s/ Casey Condon
      Casey Condon
      Deputy Clerk

MINUTE ORDER   1–